UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                              Case No. 17-55594

DWIGHT A. GAVIN, and                                Chapter 7
LOLA GAVIN,
                                                    Judge Thomas J. Tucker
            Debtors.
_____/

## ORDER DENYING THE DEBTORS' MOTION
## TO RECONVERT CASE TO CHAPTER 13

This case is before the Court on the Debtors' motion entitled "Motion to Convert Case

From Chapter 7 To Chapter 13," filed on March 14, 2018 (Docket # 37, the "Motion"). The

Court concludes that the Motion must be denied.

The Debtors filed a voluntary petition for relief under Chapter 13 on November 9, 2017.

On February 17, 2018, the Debtors filed a motion to convert the case from Chapter 13 to Chapter

7 (Docket # 25), and the Chapter 13 case was thereby converted to Chapter 7. The Debtors now

seek an order re-converting the Chapter 7 case to Chapter 13. But the Court may not allow

conversion by the Debtors to Chapter 13 from Chapter 7, because there was previously a

conversion under 11 U.S.C. § 1307(a)[1] of the Debtors' Chapter 13 case to Chapter 7.

Section 706(a) of the Bankruptcy Code provides, in relevant part: "The debtor may

convert a case under this chapter to a case under chapter 11, 12, or 13 of this title at any time, *if

the case has not been converted under section 1112, 1208, or 1307 of this title.*" 11 U.S.C.

§ 706(a) (italics added). The Debtors do not have a right to voluntarily convert the case to

---

[1] Section 1307(a) of the Bankruptcy Code provides: "The debtor may convert a case under this chapter to a case under chapter 7 of this title at any time. Any waiver of the right to convert under this subsection is unenforceable." 11 U.S.C. § 1307(a).

Chapter 13 because the exception in § 706(a) applies.  Under these circumstances, the Court does not have authority under any provision of the Bankruptcy Code to convert this case back to Chapter 13 on the Debtors' request.  *See* Tr. of 2/24/05 bench opinion, *In re Gaines*, Case No. 04-63830 (Docket # 81 in that case, copy attached to Order filed at Docket # 56 in *In re Honor*, Case No. 07-40125) at 3-7 (explaining why conversion from Chapter 7 to Chapter 13 is not permitted under these circumstances); *see also In re Banks*, 252 B.R. 399 (Bankr. E.D. Mich. 2000).

Accordingly,

IT IS ORDERED that the Debtors' Motion (Docket # 37) is denied.

**Signed on March 15, 2018**

**/s/ Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**